JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS CREDIT CORP., a Delaware Corporation,,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID K. ROLLER, JR., an individual residing in Orange County, California,<br><br>    Defendant. | Case No. 8:19-cv-00876-AG-KES<br><br>[Assigned to Hon. Andrew J. Guilford]<br><br>**ORDER GRANTING STIPULATION DISMISSING WITHOUT PREJUDICE THE CLAIMS ASSERTED BY PLAINTIFF AND DISMISSING WITH PREJUDICE THE COUNTERCLAIMS ASSERTED BY COUNTERCLAIMANTS**<br><br>*[Filed Concurrently with Stipulation]*<br><br>Action Filed: May 9, 2019<br>Trial Date: None Set |
| DAVID K. ROLLER, JR., an individual; and BRANDYWINE, LLC as Trustee of THE BRANDYWINE TRUST DATED AUGUST 15, 2015,<br><br>    Counterclaimants,<br><br>vs.<br><br>UBS CREDIT CORP., a Delaware Corporation; UBS FINANCIAL SERVICES INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>    Counterdefendants. | |

# ORDER

The Court, having read and considered the Stipulation Dismissing Without Prejudice the Claims Asserted by Plaintiff and With Prejudice the Counterclaims Asserted by Counterclaimants entered into by Plaintiff and Counterdefendant UBS Credit Corp. ("UBS Credit") and Counterdefendant UBS Financial Services Inc. ("FSI"), on the one hand, and Defendant and Counterclaimant David K. Roller, Jr. ("Roller") and Counterclaimant Brandywine, LLC as Trustee of The Brandywine Trust Dated August 15, 2015 ("Brandywine"), on the other hand, and finding good cause appearing therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The claims asserted by UBS Credit against Roller and Brandywine are dismissed <u>without</u> prejudice.

2. The counterclaims asserted by Roller and Brandywine against UBS Credit and FSI are dismissed <u>with</u> prejudice.

3. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: <u>November 14</u>, 2019

Hon. Andrew J. Guilford
United States District Court Judge